IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ADRIAN DESJUAN BISHOP,           )
                                 )
            Plaintiff,           )
                                 )
vs.                              )   Case Number CIV-14-561-C
                                 )
SAM TALLEY, et al.,              )
                                 )
            Defendants.          )

## ORDER

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Charles B. Goodwin, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Goodwin entered a Report and Recommendation ("R&R") on July 21, 2014, recommending dismissal without prejudice for failure to comply with Court orders regarding the Complaint and in forma pauperis application.

Plaintiff has not filed Objections to the R&R, exactly, but has filed what he calls "Sworn under Penalty Charges" where he seems to ask to be instructed what to do and promises to do it. The problem with Plaintiff's submission is that he was told exactly what to do in Judge Goodwin's Order of June 3, 2014 (Dkt. No. 7), and if has made any effort to do it, it is not apparent from the file. So, Plaintiff has either failed to object to the R&R or his objections, if the "Sworn under Penalty Charges" may be treated as such, are totally without merit.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, this petition for habeas corpus relief

is dismissed without prejudice. All pending motions, including the Writ of Mandamus, are stricken.

IT IS SO ORDERED this 22nd day of August, 2014.

ROBIN J. CAUTHRON
United States District Judge